## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

United States of America

           **Plaintiff (s),**

    v.

Nicholas Albert

           **Defendant (s).**

)
)
)
)
)
)
)
)
)
)

**Case No.** Criminal No. 1997/0004

### CLERK'S NOTICE OF INTENT TO DISPOSE OF EXHIBITS

Pursuant to Local Rule 39.1(c) unless otherwise ordered by the Court, all exhibits in the custody of the Clerk shall be returned to the offering party upon the latter of the following: (1) the expiration of the period within which an appeal must be filed, or (2) the completion of the appellate process. The Clerk shall notify the offering party in writing of the requirement to present him/herself to the Clerk's office to claim such exhibits within thirty days of receipt of the Clerk's written request. Unclaimed exhibits may be destroyed or otherwise disposed of by the Court.

Our records indicate that exhibits attached to docket entry no. _46_ were introduced into evidence by _Defendant_ in the above matter. If you submitted such exhibits and wish to retain these exhibits, you must make arrangements to retrieve them by calling the Clerk's Office at _340-718-1130_ within 30 days of the date of this notice. If you do not contact us within this time period, the exhibits will be **destroyed.**

**GLENDA L. LAKE, ESQUIRE**
**CLERK OF COURT**

Dated: ___6/16/23___

By: _____
         Deputy Clerk

Received By: _____

Date: ___6-16-23___

Misc. 55 (Rev. 7/15)